# Third District Court of Appeal

## State of Florida

Opinion filed February 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1995
Lower Tribunal No. 22-10137
_____

**Wily F. Pivaral, et al.,**
Appellants,

vs.

**Homeowners Choice Property & Casualty Insurance
Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Shield Law Group of Florida, LLC and Jamie Alvarez (Davie), for appellants.

Kelley Kronenberg, and Andrew A. Labbe (Fort Lauderdale), for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Skupin v. Hemisphere Media Group, Inc.</u>, 314 So. 3d 353, 355 (Fla. 3d DCA 2020) ("When ruling on a motion to dismiss, the Court 'must limit itself to the four corners of the complaint, including any attached or incorporated exhibits, . . .'") (internal citation omitted).